■ In the Matter of the Claim of KAREN DOWNIE, Appellant. COMMISSIONER OF LABOR, Respondent. [732 NYS2d 598] —Upon the Court's own motion, it is

Ordered that the memorandum and order dated and entered June 21, 2001 (284 AD2d 739) is rescinded and vacated and a revised memorandum and order is handed down herewith.

Cardona, P. J., Crew III, Peters, Mugglin and Lahtinen, JJ., concur. [*See*, 288 AD2d — (decided herewith).]